IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60245
Conference Calendar
_____


AWA KALU,

                                        Petitioner,


versus


IMMIGRATION AND NATURALIZATION
SERVICE,

                                        Respondent.

- - - - - - - - - -
Petition for Review of an Order of the
Board of Immigration Appeals
Administrative Record No. A29 574 173
- - - - - - - - - -
August 28, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Awa Kalu filed a petition for review of the Board of

Immigration Appeals' final order of exclusion issued pursuant to

8 U.S.C. §§ 1182(a)(2)(C) and 1182 (a)(2)(A)(i)(II).  The

Immigration and Naturalization Service has filed a motion to

dismiss Kalu's petition for lack of jurisdiction, arguing that

under 8 U.S.C. § 1105a(b) an alien against whom a final order of

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

exclusion has been issued "may obtain judicial review of such order by habeas corpus proceedings and not otherwise."  "Any appeal from an exclusion proceeding . . . can only be brought by a habeas corpus petition to the district court."  <u>Delgado-Carrera v. INS</u>, 773 F.2d 629, 631 (5th Cir. 1985).  Kalu's petition for review is DISMISSED for lack of jurisdiction.  Kalu's motion for leave to proceed in forma pauperis is DENIED.  Kalu's motions for release pending review, and summary judgment are DENIED as moot.

IFP MOTION DENIED; OTHER MOTIONS DENIED AS MOOT; PETITION DISMISSED.